UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ERNEST DIXON,            )
                         )
         Plaintiff,      )
                         )
    v.                   )     Civil Action No.   08 1849
                         )
LIEBHERR CO.,            )
                         )
         Defendant.      )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

Plaintiff "is suing Liebherr Company for all [his] earnings." Comp. at 1. He demands that the "keys [be] left behind [his] information desk and everyone to vacate [his] premises emediately [sic]. *Id.*

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Here, the complaint fails to contain a short and plain statement showing that plaintiff is



3

entitled to relief. Because the complaint fails to comply with Rule 8(a), the Court will dismiss the complaint without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

/s/ Rosemary M. Collyer
United States District Judge

Date: 9/22/08